IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC ANTHONY and MAYRA TOVAR-LOPEZ, | ) ) ) | |
| Plaintiffs, | ) ) ) | 2:19-cv-1055 |
| v. | ) ) | Judge Marilyn J. Horan |
| JAMES RIVER INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, and COPART, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER ON MOTION TO REMAND

Upon consideration of Plaintiffs' Motion to Remand (ECF No. 12), the Court hereby finds that because Plaintiffs do not seek damages in excess of $75,000, the jurisdictional amount required by 28 U.S.C. § 1332 is not met. Therefore, diversity jurisdiction does not exist and this Court does not have subject matter jurisdiction over this matter. Accordingly, this matter is REMANDED to the Court of Common Pleas of Allegheny County forthwith.

SO ORDERED this 18th day of September, 2019.

/s/Marilyn J. Horan
United States District Judge